IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH JUDD,

    Plaintiff,

v.

BARACK OBAMA,
SECRETARY OF STATE OF WISCONSIN and
DEMOCRATIC PARTY OF WISCONSIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-165-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as frivolous.

| /s/ | 4/15/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |