IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH JUDD,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　13-cv-165-bbc

BARACK OBAMA,
SECRETARY OF STATE OF WISCONSIN and
DEMOCRATIC PARTY OF WISCONSIN,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as frivolous.

| /s/ | 4/15/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |